# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **PETER D. PROTOPAS,** | ] | |
| **Plaintiff,** | ] | |
| v. | ] | 2:21-cv-00033-ACA |
| **STANDARD FIRE INSURANCE COMPANY, THE, et al.,** | ] | |
| **Defendants.** | ] | |

## ORDER

The undersigned recuses herself from further participation in this case. The court **DIRECTS** the Clerk to reassign this case to another judge in accordance with the Clerk's normal procedure.

**DONE** and **ORDERED** this January 19, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE